IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MAURICE A. VIOLETTE,** | ) |
| Plaintiff, | ) |
| | ) Case No.: _____ |
| v. | ) |
| | ) 04 11516 JLT |
| **INTERSTATE BRANDS CORPORATION,** | ) |
| Defendant. | ) |

## DEFENDANT INTERSTATE BRANDS CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Interstate Brands Corporation states that it is a wholly owned subsidiary of Interstate Bakeries Corporation, a publicly traded company (NYSE - IBC) and no other publicly held company owns more than 10% of Interstate Brands Corporation's stock.

Respectfully Submitted,

_____
Nathan L. Kaitz,
Morgan, Brown & Joy, LLP
One Boston Place
Boston, Massachusetts 02108
Tel:  617-523-6666
Fax:  617-367-3125

-and-

James R. Holland
Gregory D. Ballew
Bioff Finucane Coffey Holland & Hosler, LLP
104 West Ninth Street, Suite 400
Kansas City, Missouri 64105-1718
TEL: (816) 842-8770
FAX: (816) 842-8767

ATTORNEYS FOR DEFENDANT
INTERSTATE BRANDS CORPORATION

### Certificate of Service

I certify that a true copy of the forgoing document was served by regular U.S. mail, postage pre-paid, this 6th day of July 2004 to Christopher C. Trundy, 240 Union Street, P.O. Box 1203, New Bedford, MA 02741-1203, attorney for plaintiff.

_____
Attorney for Defendant