UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 12 P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **MAURICE A. VIOLETTE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 04-11516-JLT |
| **INTERSTATE BRANDS CORPORATION,** | ) |
| **Defendant.** | ) |

## MOTION FOR PRO HAC VICE ADMISSION
## OF JAMES R. HOLLAND, II AND GREGORY D. BALLEW

Pursuant to Local Rule 83.5.3, Nathan L. Kaitz of Morgan Brown and Joy LLP, a member of the bar of this Court and attorney for defendant Interstate Brands Corporation (IBC), moves this Court for an order permitting James R. Holland, II and Gregory D. Ballew to appear and participate in the above-entitled action pro hac vice and in support states as follows:

1)   The law firm of Bioff Finucane Coffey Holland & Hosler, LLP is counsel for defendant Interstate Brands Corporation. James R. Holland, II and Gregory D. Ballew are both partners with that firm.

2)   Attached hereto is an affidavit of attorney James R. Holland, II and an affidavit of attorney Gregory D. Ballew certifying that they are members in good

1

00066560.v1

standing of every court before which they respectively have admitted to practice, that there are currently no disciplinary proceedings pending against them in any of those jurisdictions, and that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

_____
Nathan L. Kaitz (BBO #256760)

Morgan, Brown & Joy, LLP
One Boston Place
Boston, Massachusetts 02108
Tel:   617-523-6666
Fax:   617-367-3125

ATTORNEYS FOR IBC

### CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing was mailed, first-class postage prepaid, this 9th day of July, 2004, to:

Christopher C. Trundy
240 Union Street
P.O. Box 1203
New Bedford, MA 02741-1203

_____
Attorneys for Defendant
Interstate Brands Corporation