UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL 12 P 3: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MAURICE A. VIOLETTE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 04-11516-JLT |
| ) | |
| v. ) | |
| ) | |
| INTERSTATE BRANDS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF JAMES R. HOLLAND, II

Pursuant to Local Rule 83.5.3, James R. Holland, II moves for admission to appear in this case *pro hac vice* as an attorney for defendant Interstate Brands Corporation and, in support of this motion, states:

1. I am a partner in the law firm of Bioff Finucane Coffey Holland & Hosler, LLP, 104 West 9th Street, Suite 400, Kansas City, Missouri, 64105-1718, which has been retained to represent the defendant, Interstate Brands Corporation, in the above captioned matter.

2. I am member of the bar in good standing in every jurisdiction where I have been admitted to practice, which include: Missouri (#47459), Kansas (#17796) and Louisiana (#21711).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, James R. Holland, II requests the Court to enter an order granting this motion to appear pro hac vice.

Respectfully submitted,

_____
James R. Holland, II
Bioff Finucane Coffey Holland & Hosler, LLP
The Stilwell Building
104 West Ninth Street, Suite 400
Kansas City, Missouri 64105-1718
TEL: (816) 842-8770
FAX: (816) 842-8767

ATTORNEYS FOR
INTERSTATE BRANDS CORPORATION

STATE OF MISSOURI   )
                    ) SS.
COUNTY OF JACKSON   )

Subscribed and sworn to before me this 7th day of July, 2004

My Commission Expires:

_____

_____
Notary Public

BETTY CUSUMANO
Notary Public - Notary Seal
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXP. FEB. 4, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing was mailed, first-class postage prepaid, this 9th day of July 2004, to:

Christopher C. Trundy
240 Union Street
P.O. Box 1203
New Bedford, MA 02741-1203

_____
Attorney for
Interstate Brands Corporation