MAS-20031124  Case 1:04-cv-11516-JLT   Document 5   Filed 07/13/2004   Page 1 of 6   07/12/2004
aguiarka                Commonwealth of Massachusetts                                 08:25 AM
                              BRISTOL SUPERIOR COURT
                                     Case Summary
                                      Civil Docket

FILED
IN CLERKS OFFICE

# BRCV2004-00405
## Violette v Interstate Brands Companies

2004 JUL 13 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | |
|---|---|---|---|---|
| **File Date** | 04/16/2004 | **Status** | Disposed: transferred to other court (dtrans) | |
| **Status Date** | 07/12/2004 | **Session** | B - CtRm 2 - (Fall River) | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | |
| **Lead Case** | | **Track** | F | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 07/15/2004 | **Answer** | 09/13/2004 | **Rule12/19/20** | 09/13/2004 |
| **Rule 15** | 09/13/2004 | **Discovery** | 02/10/2005 | **Rule 56** | 03/12/2005 |
| **Final PTC** | 04/11/2005 | **Disposition** | 06/10/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Maurice A. Violette
Active 04/16/2004

**Private Counsel 555622**
Christopher C Trundy
240 Union Street
PO Box 1203
New Bedford, MA 02741-1203
Phone: 508-984-4000
Fax: 508-999-1670
Active 04/16/2004 Notify

**Defendant**
Interstate Brands Companies
229 Coffin Avenue
New Bedford, MA 02740
Served: 06/14/2004
Served (answr pending) 06/22/2004

**Private Counsel 256760**
Nathan L Kaitz
Morgan Brown & Joy
1 Boston Place
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 07/08/2004 Notify

**Other interested party**
FILE COPY
Active 04/16/2004 Notify

**Out-of-state attorney**
James R. Holland, Esquire
Bioff Finucane Coffey Holland
104 West Ninth Street, Suite 400
Kansas City, MO 64105-1718
Phone: 816-842-8770
*Represents: Defendant, Interstate Brands.
Active 07/08/2004 Notify

MAS-20031124  Case 1:04-cv-11516-JLT  Document 5  Filed 07/13/2004  Page 2 of 6  07/12/2004
aguiarka                Commonwealth of Massachusetts                                08:25 AM
                        BRISTOL SUPERIOR COURT
                        Case Summary
                        Civil Docket

## BRCV2004-00405
### Violette v Interstate Brands Companies

**Out-of-state attorney**
Gregory D. Ballew, Esquire
Bioff Finucane Coffey Holland
104 West Ninth Street, Suite 400
Kansas City, MO 64105-1718
Phone: 816-842-8770
*Represents: Defendant, Interstate Brands.
Active 07/08/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/16/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/16/2004 |  | Origin 1, Type B22, Track F. |
| 06/14/2004 |  | One Trial case upon review of judge, case shall remain in the Superior Court, jurisdiction pursuant to MGL Chapter 151B Section 5. (Moses, J.). |
| 06/22/2004 | 2.0 | SERVICE RETURNED (summons): Interstate Brands Companies, service made on June 14, 2004 (in hand) |
| 07/08/2004 | 3.0 | Notice for Removal to the United States District Court filed by Interstate Brands Companies |
| 07/12/2004 |  | Case REMOVED this date to US District Court of Massachusetts with (04-11516JLT) endorsement thereon. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/16/2004 | CtRm Main - (Taunton) | Status: by clerk Initial one trial review | Event held as scheduled |
| 06/09/2004 | CtRm Main - (Taunton) | Status: Clerk Follow UP one trial review by judge | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

*[signature]*
Asst. Clerk of Courts

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.  SUPERIOR COURT DEPT.
No. 04-____

APR 16 2004

FILED
CLERK'S OFFICE
JUL 13 P 12:18
U.S. DISTRICT COURT
DISTRICT OF MASS.

MAURICE A. VIOLETTE,
   Plaintiff,

v.

INTERSTATE BRANDS COMPANIES,
   Defendant.

## COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

1.) The plaintiff Maurice A. Violette ("Violette") is a natural person, resident of Bristol County, Massachusetts;

2.) The defendant Interstate Brands Companies ("Interstate") is a corporate entity doing business in the Commonwealth of Massachusetts;

**COUNT I [M.G.L. Chapter 151B, s.4; Age Discrimination]**

3.) In 1989, the plaintiff became an account manager for My Bread Baking Co. in New Bedford, MA;

2.) Subsequently, the defendant Interstate assumed control of My Bread Baking Co; and the plaintiff became an employee of Interstate, at which time he began reporting to Interstate management on June 1, 2002;

3.) The plaintiff was then one of ten similarly situated account managers;

4.) The plaintiff was and continued to be as competent, productive and successful as any of the other account managers;

5.) On April 8, 2003 the plaintiff was told by Tom Bradford, General Manager, plant 87 in Biddeford, ME that he was being terminated as part of a downsizing program. He was not

A True Copy By Photostatic Process
Attest:
_____
Asst. Clerk of Courts

provided with any further information regarding other terminations orally or in writing; however, less competent and substantially yoiunger similarly situated account mangers were retained by management;

6.) The plaintiff was 60 years old; one of the oldest account managers in the group;

7.) The plaintiff was terminated on account of his age;

8.) The termination of the plaintiff was in violation of Massachusetts General Laws Chapter 151B et seq.;

9.) The plaintiff has lost back pay, future pay, benefits and suffered compensatory damages as a consequence of the termination;

10.) The termination of the plaintiff was a knowing violation of law and the plaintiff is further entitled to punitive damages.

## ADMINISTRATIVE EXHAUSTION

The plaintiff has timely filed his complaint with the Massachusetts Commission Against Discrimination, as required by state law, and has removed such complaint with the consent of the agency to pursue this legal action.

## DEMAND FOR TRIAL BY JURY

The plaintiff hereby demands trial by jury.

## REQUEST FOR RELIEF

WHEREFORE, the plaintiff hereby demands the following relief:

1.) Damages, including back pay, front pay, compensatory damages and punitive damages as allowed by law; and,

2.) All such other relief as the law and equity may allow.

> RESPECTFULLY SUBMITTED,
> BY MAURICE VIOLETTE'S COUNSEL,
>
> _____
> Christopher C. Trundy BBO#555622
> 240 Union St.
> P.O. Box 1203
> New Bedford, MA 02741-1203
> (508) 984-4000

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) B04-405 B | Trial Court of Massachusetts Superior Court Department County:_____ |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| MAURICE A. VIOLETTE | INTERSTATE BRANDS COMPANIES |

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Christopher C. Trundy BBO#555622
240 Union St., P.O. Box 1203, New Bedford, MA
Board of Bar Overseers number: 02740-1203 (508) 984-4000

ATTORNEY (if known)

APR 16 2004

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employ. Disc. | (F) | (x) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
   Subtotal $. . . . . . . . . . . .
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ unknown
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . . .
F. Other documented items of damages (describe)
   $. . . . . . . . . . . .
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $. . . . . . . . . . . .
   TOTAL $ unknown

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT     none

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 04/16/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000