UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICE A. VIOLETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.: 04-11516-JLT |
| v. | ) |
| | ) |
| INTERSTATE BRANDS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## SUGGESTION OF BANKRUPTCY

Defendant Interstate Brands Corporation, by and through its attorney, suggests to the

Court that it has filed a Chapter 11 bankruptcy petition in the Western District of Missouri, Case

No. 04-45816(JWV).  Pursuant to 11 U.S.C. § 362, this matter is stayed by operation of law until

further Order of the Bankruptcy Court.

Respectfully submitted,

 /s/ Nathan L. Kaitz
Nathan L. Kaitz,
Morgan, Brown & Joy, LLP
One Boston Place
Boston, Massachusetts 02108
Tel:    617-523-6666
Fax:    617-367-3125

-and-

James R. Holland
Gregory D. Ballew
Bioff Finucane Coffey Holland & Hosler, LLP
104 West Ninth Street, Suite 400
Kansas City, Missouri 64105-1718
TEL: (816) 842-8770; FAX: (816) 842-8767
ATTORNEYS FOR
INTERSTATE BRANDS CORPORATION

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing was mailed, first-class postage prepaid, this 28th day of September, 2004, to:

Christopher C. Trundy
240 Union Street
P.O. Box 1203
New Bedford, MA 02741-1203


/s/ Nathan L. Kaitz
Attorney for
Interstate Brands Corporation

2