UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MAURICE A. VIOLETTE,
    Plaintiff,
)
    v.    )    CIVIL ACTION
)    NO.04-11516-JLT
INTERSTATES BRANDS CORP.,  )
    Defendant.  )

**ORDER FOR CLOSURE**

<u>TAURO, District Judge</u>

In light of the bankruptcy proceedings and in order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment. All material statutes of limitation are tolled as of the date of the filing of complaint herein as to all matters raised therein. The case may be reopened upon motion by any party demonstrating that the above-mentioned impediment to trial has been removed. This closure is without prejudice to either party moving to restore it to the docket upon completion/termination of all bankruptcy proceedings, if any further action is required.

                            BY THE COURT,
                            /s/

                            <u>Zita Lovett</u>
                            Deputy Clerk

DATED: October 20,2004